IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD MAMPE                                CIVIL ACTION
Plaintiff

      vs.

WELTMAN, WEINBERG & REIS CO.,    NO. 09-1305
L.P.A.
Defendants

## STIPULATION OF DISMISSAL

AND NOW, this 1st day of September, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

    Warren & Vullings, LLP

    BY: /s/ *Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff

    Weltman Weinberg & Reis, Co., L.P.A.

    BY: /s/ *Michael J. Dougherty*
        Michael J. Dougherty, Esquire
        Attorney for Defendant